# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re:                                  )

       Dominick Oladiende         )     Case No. 06-11706

            Debtor(s).            )     Judge Bruce W. Black

                                  )     Chapter 7 Proceeding

Trustee's Objection to Confirmation

## FINAL PRETRIAL ORDER

*The following provisions will govern the future course of this proceeding. Failure to comply with the provisions of this order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

IT IS HEREBY ORDERED that counsel for all parties ARE HEREBY ORDERED to confer and together prepare and file with the court on or before January 11, 2007 at 5:00 p.m., a **joint document** captioned "Pretrial Statement." The Pretrial Statement will contain the following information:

1. A brief statement of the theory of each claim and each defense;
2. A statement of stipulated facts in numbered paragraphs;
3. A statement in numbered paragraphs setting out the material facts which are in dispute;
4. Each party's list of witnesses with any objections noted, stating grounds;
5. Each party's list of exhibits it plans to offer with objections noted, stating grounds.

Each party will provide all other parties a copy, and the court **two** copies, of all exhibits to be used at trial. Each exhibit will be pre-marked, e.g., "Trustee's Exhibit 1." Any exhibit to which an objection is not raised in the Pretrial Statement will be received in evidence without an offer during the trial.

A Pre-Trial Conference on the above matters is set for January 12, 2007 at 12:00 p.m., 57 N. Ottawa Street, Room 201, Will County Court Annex Building, Joliet, Illinois.

A Trial on the above matters is set for January 19, 2007 at 1:00 p.m., 57 N. Ottawa Street, Room 201, Will County Court Annex Building, Joliet, Illinois.

An attorney who is a member of the trial bar under the provisions of Rule 2090-1 of the local Bankruptcy Rules of this Court shall participate in the trial.

ENTER:

Bruce W. Black

_____
Judge

Dated: 1/4/07