```
              UNITED STATES BANKRUPTCY COURT
              NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION


In Re:                            )     Case no.
DOMINICK T OLADEINDE              )          06 B 11706
                                  )
                                  )
           Debtor(s)               )     Judge BRUCE W BLACK


                    DISCHARGE OF TRUSTEE


      It is ordered that Glenn Stearns, Chapter 13 Standing
Trustee, is discharged as trustee and released from all
further liability in this case, and trustee's surety is also
released and discharged.


Dated: May 9, 2007             For the Court



                               Kenneth S. Gardner
                               Clerk, U.S. Bankruptcy Court
```